# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES F. LAWRENCE,**

    **Plaintiff,**

**v.**                                                                           Case No. 1:23-cv-2-AW-MJF

**MATTHEW LANDSMAN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff repeatedly failed to comply with court orders, the magistrate judge issued a report and recommendation concluding I should dismiss without prejudice. ECF No. 8. There has been no objection. Having considered the matter, I agree with the magistrate judge, adopt the report and recommendation, and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to comply with court orders." The clerk will then close the file.

SO ORDERED on May 5, 2023.

                                                     s/ *Allen Winsor*
                                                     United States District Judge